1  Stuart M. Richter (SBN 126231)
   Gregory S. Korman (SBN 216931)
2  Tiffany J. Hofeldt (SBN 228864)
   **KATTEN MUCHIN ROSENMAN LLP**
3  2029 Century Park East, Suite 2600
   Los Angeles, CA 90067-3012
4  Telephone:  310.788.4400
   Facsimile:   310.788.4471
5  stuart.richter@kattenlaw.com
   greg.korman@kattenlaw.com
6  tiffany.hofeldt@kattenlaw.com

7  Attorneys for defendant
8  HOUSEHOLD FINANCE CORPORATION OF CALIFORNIA

9

10              **UNITED STATES DISTRICT COURT**

11             **SOUTHERN DISTRICT OF CALIFORNIA**

12

13  DEBRA ANN BAILEY, both individually )   Case No.:  10-cv-0857 WQH-RBB
    behalf of all others similarly situated, )
14                                          )   **EX PARTE APPLICATION FOR**
                                            )   **ORDER REGARDING**
15                                          )   **PRESERVATION OF**
                                            )   **ELECTRONIC RECORDINGS OF**
16            Plaintiff,                    )   **TELEPHONE CALLS;**
                                            )   **MEMORANDUM OF POINTS**
17      vs.                                 )   **AND AUTHORITIES AND**
                                            )   **DECLARATIONS OF TODD E.**
18                                          )   **FOLKES AND BRENDA J.**
    HOUSEHOLD FINANCE               )   **WOLFE IN SUPPORT THEREOF**
19  CORPORATION OF CALIFORNIA, and )
    DOES 1 through 10, inclusive,           )   **DATE:**     **May 20, 2010**
20                                          )   **TIME:**     **10:30 a.m.**
                                            )   **PLACE:**   **Courtroom B (1st Floor)**
21            Defendants.                   )
                                            )
22                                          )
                                            )
23                                          )
                                            )
24                                          )

25

26

27

28                          **EX PARTE APPLICATION**

31524562v1

**TO PLAINTIFF AND HER COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on May 20, 2010, at 10:30 a.m., in Courtroom B (1st Floor) of the above-named Court, the Honorable Ruben B. Brooks presiding, defendant Household Finance Corporation of California ("Household") will and hereby does apply, *ex parte*, for an order that: (1) Household shall not be required to preserve electronic recordings of telephone calls with customers; and (2) in lieu of preserving electronic recordings of collection calls, Household shall produce call monitoring reports that document a statistically significant random sample of calls and catalog whether the call recording disclosure was properly provided for each call. Alternatively, if preservation is required, Household requests that the multi-million costs of preservation be shifted to plaintiff or shared equally between the parties.

This *ex parte* application is made on the ground that preservation of the data would be unduly burdensome in relation to its probative value in the litigation, and the call monitoring reports provide an adequate alternative and less burdensome source of relevant information.

This application is made following a meeting of counsel, and is based on this notice of *ex parte* application, the memorandum of points and authorities and declarations of Todd E. Folkes and Brenda J. Wolfe in support thereof, and such oral and documentary evidence as will be presented to the court at the hearing on this application.

1

**EX PARTE APPLICATION**

31524562v1

1

2    Plaintiffs counsel was given notice of this *ex parte* application on a telephone

3   call with the court at the time this hearing was scheduled.

4

5                                              Respectfully submitted,

6   DATED:  May 19, 2010                       KATTEN MUCHIN ROSENMAN LLP

7

8                                              By:   /s/ Gregory S. Korman
                                                     Gregory S. Korman
9                                              Attorneys for defendant HOUSEHOLD
                                               FINANCE CORPORATION OF
10                                             CALIFORNIA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Katten**
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

2
EX PARTE APPLICATION

31524562v1