ARLEO LAW FIRM, PLC
ELIZABETH J. ARLEO (CASB No. 201730)
1672 Main Street, Suite E, PMB 133
Ramona, CA 92065
Telephone: 760/789-8000
760/789-8081 (fax)
Email: elizabeth@arleolaw.com

THE CONSUMER LAW GROUP
Alan M. Mansfield (SBN 125998)
alan@clgca.com
9466 Black Mountain Rd., Suite 225
San Diego, CA 92126
Tel: (619) 308-5034
Fax: (888) 341-5048

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ANN BAILEY, both individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HOUSEHOLD FINANCE CORPORATION OF CALIFORNIA, et al.,<br><br>　　　　　　Defendants. | CASE NO.: 10-CV-0857-WQH (RBBx)<br><br>CLASS ACTION<br><br>**OBJECTION AND REQUEST TO STRIKE "EXHIBIT A" ATTACHED TO THE REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS HOUSEHOLD FINANCE CORP., ET AL.'S MOTION TO DISMISS PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:　　**August 9, 2010**<br>Time:　　**11:00 a.m.**<br>Place:　　**Courtroom 4**<br>Judge:　　**Hon. William Q. Hayes** |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at the same time as the hearing on Defendants' pending motion to dismiss portions of the First Amended Complaint [Docket #20-2], Plaintiff objects to and moves the Court to strike Exhibit A attached to the Request for Judicial Notice in Support of Notice of Motion and Motion to Dismiss Portions of Plaintiff's First Amended Complaint (the "RJN") [Docket #20-2] submitted by Defendants Household Finance Corporation of

1  California ("Household" or "HFC"), HSBC Card Services, Inc. ("HSBC Card Services") and
2  HSBC Bank Nevada, N.A. ("HSBC Bank Nevada") (collectively referred to herein as
3  "Defendants") and/or, alternatively, deny the pending request for judicial notice.

4  Exhibit A, which Defendants assert is the "operative agreement" for Plaintiff's credit
5  card account with HSBC Bank Nevada, should be stricken because it is outside the First
6  Amended Complaint [Docket #14] and therefore cannot be considered under Rule 12(b)(6) of the
7  Federal Rules of Civil Procedure and controlling Ninth Circuit law on a motion to dismiss.  In
8  addition, Exhibit A is not a proper subject of judicial notice, as the terms contained in the
9  document on which Defendants rely are inadmissible hearsay and reasonably subject to dispute
10 as to their applicability.  For these reasons, Plaintiff also moves to strike all references to Exhibit
11 A in Defendants' Memorandum in Support of Motion to Dismiss Portions of Plaintiff's First
12 Amended Complaint ("Def. Mem.") [Docket #20-1], including but not limited to references
13 contained in Def. Mem. at 1:26-2:1; 4:7-5:1, 15:1-4, and 15:25-16:11.

14 This objection is based on the accompanying memorandum, the pleadings and papers on
15 file in this action and such other argument as may be presented at the hearing on the motion, if
16 any.

17 DATED:  July 22, 2010                    Respectfully submitted,

THE CONSUMER LAW GROUP

By:   S/Alan M. Mansfield
        ALAN M. MANSFIELD
        alan@clgca.com
9466 Black Mountain Rd., Suite 225
San Diego, CA 92126
Tel: (619) 308-5034
Fax: (888) 341-5048

ARLEO LAW FIRM, PLC

By:   S/Elizabeth J. Arleo
        ELIZABETH J. ARLEO
        elizabeth@arleolaw.com
1672 Main Street, Suite E, PMB 133
Ramona, CA 92065
Telephone: 760/789-8000/ Fax: 760/789-8081

Attorneys for Plaintiff