ARLEO LAW FIRM, PLC
ELIZABETH J. ARLEO (CASB NO. 201730)
1672 Main Street, Suite E, PMB 133
Ramona, CA 92065
Telephone:  760/ 789-8000
760/ 789-8081 (fax)

THE CONSUMER LAW GROUP
Alan M. Mansfield (SBN 125998)
9466 Black Mountain, Rd., Suite 225
San Diego, CA 92126
Tele: (619) 308-5034
Fax: (888) 341-5048

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ANN BAILEY, both individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOUSEHOLD FINANCE CORPORATION OF CALIFORNIA; HSBC FINANCE CORPORATION; HSBC CARD SERVICES INC.; HSBC BANK NEVADA, N.A; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No. 10-CV-0857 WQH (RBB)<br><br><u>CLASS ACTION</u><br><br>NOTICE OF WITHDRAWAL OF ATTORNEY ALAN M. MANSFIELD ON BEHALF OF PLAINTIFF |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective immediately Alan M. Mansfield hereby withdraws as counsel of record for Plaintiff in the above-captioned matter.  Elizabeth J. Arleo remains counsel of record for Plaintiff in the above-captioned matter.

DATED:  March 11, 2011                    THE CONSUMER LAW GROUP

By:   S/Alan M. Mansfield
           Alan M. Mansfield
           alan@clgca.com
9466 Black Mountain Rd., Suite 225
San Diego, CA 92126
Tel: (619) 308-5034
Fax: (888) 341-5048